UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6082-CR-FERGUSON(s)
21 U.S.C. §846
21 U.S.C. §841(a)(1)
21 U.S.C. §853
18 U.S.C. §2

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
LARRY HALL,
HOWARD L. SMITH,
          and
LISA NORTON,

                    Defendants.
_____/

FILED by ___ D.C.

SEP 2 1 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January, 1999 through on or about March 1, 2000, at Broward and Dade

Counties in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,



WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
LARRY HALL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule I

controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 23, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess

with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing

a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as

"ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2.

## COUNT 3

On or about March 21, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

### LARRY HALL,

-2-

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 4

On or about March 31, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 5

On or about April 6, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as

-3-

"ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 6

On or about April 16, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

### JONATHAN TUCKER KROLL,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 7

On or about April 18, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

-4-

## COUNT 8

On or about May 5, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 9

On or about May 7, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JONATHAN TUCKER KROLL,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

-5-

## COUNT 10

On or about May 12, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 11

On or about May 20, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 12

On or about May 25, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

-6-

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> LISA NORTON,
> HOWARD L. SMITH,
> and
> LARRY HALL,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 13

On or about May 29, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 14

On or about June 2, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 15

On or about June 5, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

-8-

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 16

On or about June 7, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

### LARRY HALL,

together with Robbie Acevedo and William Eric Crawford, did knowingly and intentionally possess

with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing

a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as

"ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2.

## COUNT 17

On or about June 15, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

### JONATHAN TUCKER KROLL,
### HOWARD L. SMITH,
### and
### LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 18

On or about June 17, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 19

On or about June 21, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

-10-

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 20

On or about June 24, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH
and
LARRY HALL,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 21

On or about July 1, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

-11-

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4- Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 22

On or about July 5, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4- Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 23

On or about July 21, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHN TUCKER KROLL,
HOWARD L. SMITH,

-12-

and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 24

On or about July 29, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 25

On or about August 3, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,

-13-

and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 26

On or about August 10, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 27

On or about August 17, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

-14-

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 28

On or about August 19, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 29

On or about August 24, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,

-15-

<div align="center">and<br>
LISA NORTON,</div>

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<div align="center">COUNT 30</div>

On or about August 26, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

<div align="center">JONATHAN TUCKER KROLL,<br>
HOWARD L. SMITH,<br>
and<br>
LISA NORTON,</div>

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<div align="center">COUNT 31</div>

On or about September 2, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

<div align="center">JONATHAN TUCKER KROLL,<br>
HOWARD L. SMITH,<br>
and<br>
LISA NORTON,</div>

<div align="center">-16-</div>

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 32

On or about September 9, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### JONATHAN TUCKER KROLL,
### HOWARD L. SMITH,
### and
### LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 33

On or about September 16, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### JONATHAN TUCKER KROLL,
### HOWARD L. SMITH,
### and
### LISA NORTON,

-17-

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 34

On or about September 21, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 35

On or about September 28, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,

-18-

and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT 36

On or about October 5, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT 37

On or about October 12, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 38

On or about October 14, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 39

On or about October 19, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,

-20-

and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4- Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 40

On or about October 26, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 41

On or about November 2, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,

-21-

JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 42

On or about November 9, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 43

On or about November 24, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,

-22-

RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 44

On or about December 15, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 45

On or about December 27, 1999, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

-23-

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 46

On or about January 9, 2000, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

ROBBIE ACEVEDO,
WILLIAM ERIC CRAWFORD,
RYAN EVANS CREECH,
JONATHAN TUCKER KROLL,
HOWARD L. SMITH,
and
LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

-24-

## COUNT 47

On or about January 20, 2000, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### JONATHAN TUCKER KROLL,
### HOWARD L. SMITH,
### and
### LISA NORTON,

together with Robbie Acevedo, William Eric Crawford and Ryan Evans Creech, did knowingly and

intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and

substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA),

commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and

Title 18, United States Code, Section 2.

## COUNT 48

On or about February 10, 2000, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### ROBBIE ACEVEDO,
### WILLIAM ERIC CRAWFORD,
### RYAN EVANS CREECH,
### JONATHAN TUCKER KROLL,
### HOWARD L. SMITH,
### and
### LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that  is,  a  mixture  and  substance  containing  a  detectable  amount  of  3,  4-

-25-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 49

On or about February 23, 2000, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, a mixture and substance containing a detectable amount of 3, 4-

Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 50

On or about March 1, 2000, at Broward County, in the Southern District of Florida, the

defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

-26-

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy;" in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE

1.    Counts One through Fifty of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.    Upon conviction of the Title 21 felony offenses alleged in Counts One through Fifty of this Indictment, pursuant to Title 21, United States Code, Section 853, the United States of America is entitled to forfeiture of, and the defendants,

> ROBBIE ACEVEDO,
> WILLIAM ERIC CRAWFORD,
> RYAN EVANS CREECH,
> JONATHAN TUCKER KROLL,
> LARRY HALL,
> HOWARD L. SMITH,
> and
> LISA NORTON,

or any of them, shall forfeit to the United States of America, the following:

A.    Proceeds. Any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the Title 21 offenses described in this Indictment.

B.    Facilitating Property. Any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, any Title 21 offense described in this Indictment, including but not limited to the following:

-27-

Approximately Twenty-Two Thousand, Eight Hundred and Seventy-Eight Dollars ($22,878) in U.S. currency, seized on March 1, 2000, in that such sum in aggregate was furnished or intended to be furnished in exchange for a controlled substance or used or intended to be used to facilitate any violation of Title 21.

C.    Substitute Assets. If any of the property described above, as a result of any act or omission of the Defendants or any of them (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party: (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, then pursuant to Title 21, United States Code, Section 853(p), to the extent necessary to effectuate the forfeitures contemplated in this Count, the United States of America intends to obtain an order of forfeiture of any other property of the Defendants up to the value of any property described above which is unavailable for the reasons set forth in this paragraph.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

-28-

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. 00-6082-CR-FERGUSON(s) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| ROBBIE ACEVEDO et al | **Superseding Case Information:** |

**Court Division:** (Select One)

\_\_\_ Miami    \_\_\_ Key West
\_\_\_ FTL    \_\_\_ WPB \_\_\_ FTP

New Defendant(s)    Yes  X    No \_\_\_
Number of New Defendants    4
Total number of counts    50

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No) NO
    List language and/or dialect    ENGLISH

4.  This case will take    5    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | X | Petty |
| II | 6 to 10 days | | Minor |
| III | 11 to 20 days | | Misdem. |
| IV | 21 to 60 days | | Felony    X |
| V | 61 days and over | | |

6.  Has this case been previously filed in this District Court? (Yes or No)  YES
If yes:
Judge: FERGUSON    Case No. 00-6082-CR-FERGUSON
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of MARCH 31 2000 (ACEVEDO AND CREECH)
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    NO

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes  X  No    If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8.  Did this case originate in the Narcotics Section, Miami? \_\_ Yes  X  No

*Roger W. Powell*

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

\*Penalty Sheet(s) attached    REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:  ROBBIE ACEVEDO                 No.: 00-6082-CR-FERGUSON (s)

Count #1
Conspiracy to possess with intent to distribute Methylenedioxymethamphetamine

Title 21, U.S.C. §§841(a)(1) and 846

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count #12-14, 19-23, 25,28,29,35,36,39,41-46,48-50:
Possession with intent to distribute Methylenedioxymethamphetamine

Title 21, U.S.C. §841(a)(1)

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count #  :


*Max Penalty:

Count #  :


Max Penalty:

Count #:


Max Penalty:

Count # :


Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**

**special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/98

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  WILLIAM ERIC CRAWFORD          No.: 00-6082-CR-FERGUSON (s)

Count #1

Conspiracy to posses with intent to distribute Methylenedioxymethamphetamine

Title 21, U.S.C. §§841(a)(1) and 846

*Max Penalty:      Twenty (20) years' imprisonment and a $1,000,000 fine

Count #12-14, 19-23, 25,28,29,35,36,39,41-46,48-50:
Possession with intent to distribute 3, 4-Methylenedioxymethamphetamine

Title 21 U.S.C. §841(a)(1)

*Max Penalty:    Twenty (20) years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  RYAN EVANS CREECH           No.: 00-6082-CR-FERGUSON (s)

Count #1
Conspiracy to possess with intent to distribute Methylenedioxymethamphetamine

Title 21, U.S.C. §§841(a)(1) and 846

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count #12-14, 19-23, 25,28,29,35,36,39,41-46,48-50:
Possession with intent to distribute Methylenedioxymethamphetamine

Title 21, U.S.C. §841(a)(1)

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count #  :


*Max Penalty:

Count #  :


Max Penalty:

Count #:


Max Penalty:

Count # :


Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**

**special assessments, parole terms or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:<u>JONATHAN TUCKER KROLL</u>          No.: <u>00-6082-CR-FERGUSON(s)</u>

Count #1:
<u>Conspiracy to posses with intent to distribute 3, 4-Methylenedioxymethamphetamine</u>

<u>Title 21, U.S.C. §§841(a)(1) and 846</u>

<u>*Max Penalty:     Twenty (20) years' imprisonment and a $1,000,000 fine</u>

Count #6, 9, 12-15, 17-19, 21- 50,
<u>Possession with intent to distribute 3, 4-Methylenedioxymethamphetamine</u>

<u>Title 21, U.S.C. §841(a)(1)</u>

<u>*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.</u>


Count # :

_____

<u>*Max Penalty:</u>

Count # :

_____

<u>*Max Penalty:</u>

Count #:

_____

<u>*Max Penalty:</u>

Count # :

_____

<u>*Max Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: <u>LARRY HALL</u>           No.: <u>00-6082-CR-FERGUSON(s)</u>

Count #1:
<u>Conspiracy to posses with intent to distribute 3, 4-Methylenedioxymethamphetamine</u>

<u>Title 21, U.S.C. §§841(a)(1) and 846</u>

<u>*Max Penalty:    Twenty (20) years' imprisonment and a $1,000,000 fine</u>

Count #2-5,7,8,10 - 12,16, 20,
<u>Possession with intent to distribute 3, 4-Methylenedioxymethamphetamine</u>

<u>Title 21, U.S.C. §841(a)(1)</u>

<u>*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.</u>

Count # :


*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  HOWARD L. SMITH            No.: 00-6082-CR-FERGUSON(s)

Count #1:
Conspiracy to posses with intent to distribute 3,4-Methylenedioxymethamphetamine

Title 21, U.S.C. §§841(a)(1) and 846

*Max Penalty:    Twenty (20) years' imprisonment and a $1,000,000 fine

Count #12-15, 17-19, 21-50:
Possession with intent to distribute 3,4-Methylenedioxymethamphetamine

Title 21, U.S.C. §841(a)(1)

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count # :


*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  LISA NORTON            No.: 00-6082-CR-FERGUSON(s)

Count #1:
Conspiracy to posses with intent to distribute 3,4-Methylenedioxymethamphetamine

Title 21, U.S.C. §§841(a)(1) and 846

*Max Penalty:     Twenty (20) years' imprisonment and a $1,000,000 fine

Count #12-15, 17-19, 21-50:
Possession with intent to distribute 3,4-Methylenedioxymethamphetamine

Title 21, U.S.C. §841(a)(1)

*Max Penalty:   Twenty (20) years' imprisonment; $1,000,000 fine.

Count #  :



*Max Penalty:

Count #  :



*Max Penalty:

Count #:



*Max Penalty:

Count # :



*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96