## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: LISA NORTON (surrender)  CASE NO: 00-6082-CR-Ferguson
AUSA: Roger Powell *by Larry Bardfeld*  ATTY: *Michael Cohen - CJA appointed*
AGENT:  VIOL:
PROCEEDING: I/A - ARR. on Superseding Indictment  RECOMMENDED BOND:
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @: $100,000.00 - PSB.  To be cosigned by:

**FILED by _____ D.C.**
**SEP 2 2 2000**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ☒ Travel extended to: *State of Georgia*
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: September 22, 2000   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 051   Begin: _____   End: _____

