
FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs

LISA NORTON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: _on Bond._

Telephone: _____

DEFENSE COUNSEL: Name: _Michael Cohen, CJA_
Address: _____

Telephone: _____

BOND SET/CONTINUED: $ _100,000.00 - PSB_

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __22nd__ day of __September__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jorden_
Deputy Clerk
Tape No. _00-051_

cc: Copy for Judge
    U. S. Attorney