FILED by _____

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: **55467-004**

UNITED STATES OF AMERICA )
                  Plaintiff )  Case Number: CR **00-6082-Ferguson**
                             )  REPORT COMMENCING CRIMINAL
        -vs-                 )           ACTION
                             )
**NORTON, LISA M**            )
_____
        Defendant
*********************************************************
TO: Clerk's Office      MIAMI      (**FT. LAUDERDALE**)      W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: **SURRENDER 9/22/00 9:00 am**/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **CONSPIRACY ECSTACY**

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **8-30-68**

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **S/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **9/22/00**  (9) Arresting Officer: **CLARKE**

(10) Agency: **USM**  (11) Phone: **954 356 7256**

(12) Comments: _____