# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

LISA NORTON

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ LISA  NORTON

FILED by _____ D.C.

SEP 2 1 2000

Name CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X|Indictment  |  |Information  |  |Complaint  |  |Order of court  |  |Violation Notice  |  |Probation Violation Petition

**charging him or her with** (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title  21  United States Code, Section(s)  841(a)(1) & 846

Clarence Maddox _____

**Name of Issuing Officer**

Court Administrator/Clerk of the Court

**Title of Issuing Officer**

(signature)

**Issuing Officer**

9-21-00  Ft. Lauderdale, FL.

**Date and Location**

Lorana S. Snow
LORANA S. SNOW

Bail fixed at $ 100,000 personal surety _____ by **UNITED STATES MAGISTRATE JUDGE**

Not to be incarcerated overnight

**Name of Judicial Officer**

---

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |