## United States District Court

SOUTHERN DISTRICT OF FLORIDA   509534

UNITED STATES OF AMERICA

V.

LISA NORTON

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LISA NORTON _____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |  | Information |  | Complaint |  | Order of court |  | Violation Notice |  | Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox                                          Court Administrator/Clerk of the Court
Name of Issuing Officer                                  Title of Issuing Officer

[signature]                                              9-21-00 Ft. Lauderdale, FL.
Issuing Officer                                          Date and Location

                                                         [signature] Lorana S. Snow
                                                         LORANA S. SNOW

Bail fixed at $ __100,000 personal surety__              by __UNITED STATES MAGISTRATE JUDGE__
Not to be incarcerated overnight                            Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 9/21/00 | James A. Tassone<br>United States Marshal | |
| DATE OF ARREST<br>9/22/00 | Southern District of Florida | Edward Purchase, SDUSM |

88

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

LISA NORTON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6082-CR-FERGUSON(

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LISA  NORTON _____
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petitio

charging him or her with (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title 21  United States Code, Section(s) 841(a)(1) & 846

---

Clarence Maddox

Name of Issuing Officer

*[signature]*

Issuing Officer

Court Administrator/Clerk of the Court

Title of Issuing Officer

9-21-00 Ft. Lauderdale, FL.

Date and Location

*[signature]* Lurana S. Snow

LURANA S. SNOW

Bail fixed at $ 100,000 personal surety         by UNITED STATES MAGISTRATE JUDGE
Not to be incarcerated overnight                     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |