UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                      Case No: 00-6082-CR- Ferguson

JONATHAN KROLL
LISA NORTON

    Defendants.
_____/

## **MOTION TO WITHDRAW**

COMES NOW undersigned counsel who respectfully moves that this Court permit him to withdraw from his representation of Defendant, Lisa Norton. As grounds therefore undersigned counsel would state the following:

1. Undersigned counsel was appointed to represent Ms. Norton, who is presently cooperating with Federal authorities in case No: 00-6082-CR-FERGUSON.

2. Prior to the filing of the Federal Indictment in this case, undersigned counsel was retained to represent, Ryan Evans Creech, in a State criminal case related to this instant Federal case.

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1B



3. In view of the foregoing, undersigned counsel believes that it would be a conflict of interest to represent Ms. Norton on this matter, and respectfully requests therefore this Court permit undersigned counsel to withdraw due to an apparent conflict of interest. Undersigned counsel has spoken to Assistant United States Attorney, Roger W. Powell, who has no objection to the granting of this instant Motion.

Respectfully submitted,

_____
Michael B. Cohen, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of this foregoing Motion was mailed on this _26_ day of October to Roger Powell, at 500 East Broward Blvd, suite 700, Fort Lauderdale Florida, 33394.

_____
Michael B. Cohen, Esq.