UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                          Case No: 00-6082-CR- Ferguson

JONATHAN KROLL
LISA NORTON

    Defendants.
_____/

## MOTION TO RELOCATE TO NEW PREMISES

COMES NOW the Defendant, Lisa Norton, by and through undersigned counsel and requests that this Court grant the Defendant permission to change her residence to 3160 Buford Highway, Apt A-11, Atlanta Georgia, 30329. As grounds therefore undersigned counsel would state the following:

1. The Defendant's roommate has undergone a major lifestyle change. Defendant's roommate was HIV-positive, and has now developed full-blown AIDS. Her roommate is suffering from dementia. Thus the Defendant can no longer reside in the same premises where she now resides.

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1B.

2. Undersigned counsel has been advised that the Defendant has discussed her situation with Lorna Murphy, her Pretrial Service officer, who has no objection to this Motion.
3. Undersigned counsel respectfully requests therefore that this instant Motion be granted.
4. Assistant United States Attorney, Roger Powell, has no objection to this Motion.

Respectfully submitted,

_____
Michael B. Cohen, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of this foregoing Motion was mailed on this _26th_ day of October to Roger Powell, at 500 East Broward Blvd, suite 700, Fort Lauderdale Florida, 33394.

_____
Michael B. Cohen, Esq.