```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON
```

UNITED STATES OF AMERICA,       :

    Plaintiff,               :

v.                              :

ROBBIE ACEVEDO,                 :

    Defendant.               :

_____

**O R D E R**

THIS CAUSE is before the Court on counsel Michael Cohen's Motion to Withdraw (DE 122), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Michael Cohen, Esquire, is hereby released from any further duties in this cause. Substitute counsel will be appointed by separate order. It is further

ORDERED that Mr. Cohen distribute this Order to all counsel of record.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of November, 2000.

                          /s/ Lurana S. Snow
                          LURANA S. SNOW
                          UNITED STATES MAGISTRATE JUDGE

Filed NOV - 9 2000

Copies to:
AUSA Roger Powell (FTL)
Michael Cohen, Esq.
Ms. Penny Butler, Courtroom Deputy (FTL)

