UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

ROBBIE ACEVEDO, et al.  :

    Defendants.  :

## O R D E R

THIS CAUSE is before the Court on defendant **Lisa Norton's** Motion to Relocate to New Premises (DE 123), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant is permitted to relocate to 3160 Buford Highway, Apt. A-11, Atlanta, Georgia 30309. It is further

ORDERED that the defendant provide Pretrial Services with her new telephone number.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16 day of November, 2000.

           LURANA S. SNOW
           UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Pretrial Services (FTL)
Michael Cohen, Esq.
Albert Levin, Esq.