## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                        CASE No.:00-6082-CR-FERGUSON

      Plaintiff,

vs.

LISA NORTON,

      Defendant.

_____/

### MOTION FOR CONTINUANCE

**COMES NOW**, undersigned counsel and files this, his Motion for Continuance and would state as follows:

1. The undersigned was recently appointed to represent Defendant Lisa Norton with respect to this cause.

2. The undersigned has not had a sufficient opportunity to view the Discovery and otherwise prepare for trial in this cause.

3. The matter is set on this Honorable Court's two week calendar commencing December 4, 2000. The undersigned attempted to confer with Roger Powell, Esquire, Assistant United States Attorney, however Mr. Powell was unavailable to lend his position with respect to this Motion.

**WHEREFORE**, the undersigned would respectfully request that this



USA VS. LISA NORTON
CASE NO.:00-6082-CR-FERGUSON

Honorable Court grant the foregoing Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail on this __22nd__ of November, 2000, to Roger Powell, Esquire, Assistant United States Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101

By: _____
**ALBERT Z. LEVIN**
**Florida Bar No.: 316581**