## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-6082-CR-FERGUSON(s)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LISA NORTON,

      Defendant.

_____/



### POSITION OF DEFENDANT WITH
### RESPECT TO SENTENCING FACTORS

**COMES NOW**, undersigned counsel for Defendant, LISA NORTON, and files this, her Position of Defendant with Respect to Sentencing Factors and would respectfully request that this Honorable Court consider the following in determining an appropriate sentence in this matter:

1.    The Defendant would object to paragraph 17 of the Presentence Investigation Report and would respectfully submit that she did not begin selling dosage units of MDMA until September 1999. Additionally, the Defendant has continuously worked since the age of 15 and did not stop working as a result of her involvement in the sale of MDMA.

1

USA vs. LISA NORTON
CASE NO. 00-6082-CR-FERGUSON(S)

2.      The Defendant would object to paragraph 25 of the Presentence Investigation Report and would respectfully submit that she should be held responsible for the sale of 10, 200 dosage units of MDMA.

3.      The Defendant would object to paragraph 29 of the Presentence Investigation Report and would again assert that the Defendant should be held accountable for the sale of 10,200 dosage units. However, regardless, this will not affect the offense level since the amount will convert to approximately 107 kilograms of marijuana.

4.      The Defendant would object to paragraph 31 of the Presentence Investigation Report and would respectfully submit that she is entitled to a two level reduction for her minor role in this matter as contemplated in section 3b1.2 of the sentencing guidelines. It is respectfully submitted that she is a minor participant and thus should receive a two level reduction in the applicable offense level.

5.      Consequently, the Defendant would object to paragraph 67 of the Presentence Investigation Report and would respectfully submit that the Defendants appropriate offense level would be 19 with a corresponding criminal history category of I, with a guideline imprisonment range of 30-37 months.

USA V. LISA NORTON
CASE NO.:00-6082-FERGUSON(S)

**WHEREFORE**, the Defendant would respectfully request that this Honorable Court consider the above and foregoing in determining an appropriate sentence in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail and facsimile this 17th day of May, 2001 to: Roger Powell, Esquire, AUSA, Office of the U.S. Attorney, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33301, and Ed Cooley, U.S. Probation Officer, Federal Courthouse Building, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865.

Respectfully submitted,

**LAW OFFICES OF ALBERT Z. LEVIN, P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Facsimile: (305) 372-0052

By: _____
**ALBERT Z. LEVIN**
**Fla. Bar No.: 316581**