UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

Vs.

LISA NORTON (B)

                    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on

Friday, June 29, 2001 at 10:30 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States

District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom

207A, Fort Lauderdale, Florida.

    **DONE AND ORDERED** at Miami, Florida this __30th__ day of May 2001.

                                        DELORIS MCINTOSH
                                        COURTROOM DEPUTY

cc:
Roger Powell, AUSA, Albert Levin, USPO