UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

LISA NORTON

Defendants.
_____/



JUN 2 6 2001

## RE- NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on Friday, July 20, 2001 at 10:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this __26th__ day of June 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Roger Powell, AUSA
Albert Levin, Esq.,
Probation

