JUL 2 3 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6082-CR-FERGUSON__

DEFENDANT __LISA NORTON B)__  JUDGE __WILKIE D. FERGUSON__

Deputy Clerk ~~Troy Walker~~ D. McIntosh  DATE __7/20//01__

Court Reporter __Steven Franklin__  USPO __Katherine Gomez__

AUSA __Roger Powell__  Deft's Counsel __Albert Levin, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/ /__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 37 | 1 |

10 Days to Appeal

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
|  | 3 |  | 1 |

Comments __Participate in mental/substance Abuse program__
__Recommend BOP in Tallahassee, FL__

Assessment $ __100__   Fine $ __2,000__

Restitution /Other _____

_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

__✓__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __10/19/01__

Commitment Recommendation: _____

p)
239