USDC FLSD 245B (Rev 9/00) - Judgment in a Criminal Case                                                                 Page 2 of 7

DEFENDANT: LISA NORTON
CASE NUMBER: 00-6082-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **37 Months**.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons Recommend facility in Tallahassee, Florida. The defendant shall surrender on or before 2:00 p.m. October 19, 2001.

**RETURN**

FILED by MJ D.C.
OCT 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

I have executed this judgment as follows:

Defendant delivered (vs) on _10-19-01_ to _FCI Tallahassee, FL_
at _Tallahassee, FL_, with a certified copy of this judgment.

Schelia A Clark Warden
~~UNITED STATES MARSHAL~~

By: _Brenda A Salvas_ L.I.E.
~~Deputy U.S. Marshal~~
FCI TAL

260