PROB 35                                SD/FL PACTS No.65498
(Rev 1/92)
                               Report and Order Terminating Supervised Release
                                         Prior to Original Expiration Date

### UNITED STATES DISTRICT COURT
### Southern District of Florida

### CASE No. 00-6082-CR-GRAHAM

UNITED STATES OF AMERICA

v.

Lisa Norton



On July 20, 2001 the above named was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U. S. Probation Officer
Dedra Pratt
Phone: (954) 769-5524

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of November, 2006.

_____
United States District Judge